UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIE J. SEYMORE, R.L. HARRISON, RICKY C. DELOACH, STEPHEN W. ZADACH, TIMOTHY S. MACKEY, BRAD ZIEGLER, JACKIE ROBINSON, WILLIAM J. LONG, JOE HOWARD, KERRY D. SCOTT, and R. SCOTT MILLER, *as Trustees of the Georgia Stevedore Association – International Longshoremen's Association Pension, Welfare and Vacation Trust,*

Plaintiffs,

v. 410CV099

SOUTHEASTERN INTERMODAL SERVICES, INC.,

Defendant.

This day of 7 June 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Defendant Southeastern Intermodal Services, Inc., has filed a Suggestion of Bankruptcy, informing the Court that it has filed a voluntary petition under Chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Georgia. Doc. # 7. Given the automatic stay imposed by 11 U.S.C. § 362 upon the filing of the petition, the Court *ADMINISTRATIVELY CLOSES* this case without prejudice to the right of any party with standing to file a reopen motion once the § 362 stay is lifted.